# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SAIFUL ISLAM RIAD,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | )   **Case No. CIV-20-1052-G** |
| | ) |
| | ) |
| **WILLIAM BARR et al.,** | ) |
| | ) |
|     **Respondents.** | ) |

## ORDER

Petitioner Saiful Islam Riad, a federal detainee, filed a Petition seeking habeas corpus relief under 28 U.S.C. § 2241. *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On October 22, 2020, Judge Mitchell issued a Report and Recommendation (Doc. No. 4), in which she recommended that this matter be transferred to the United States District Court for the Eastern District of Oklahoma. In the Report and Recommendation, Judge Mitchell advised Petitioner of his right to object to the Report and Recommendation by November 12, 2020. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not submitted any objection to the Report and

Recommendation or sought leave for additional time to do so.[1]

Accordingly, the Report and Recommendation is ADOPTED in its entirety, and this action is TRANSFERRED to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 23rd day of December, 2020.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] The docket reflects that the Report and Recommendation was mailed to Petitioner at the addresses he provided to the Court.